1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7      WESTERN DISTRICT OF WASHINGTON
              AT SEATTLE

8  NORTHWEST LABORERS –
   EMPLOYERS HEALTH & SECURITY
9  TRUST, *et al.*,
                                          Case No.  C06-1825RSL
10         Plaintiffs,
                                          ORDER STRIKING DEFENDANT'S
11      v.                                NOTICE OF APPEARANCE

12 MAINTENANCE MAN UNLIMITED,
   INC.
13
           Defendant.
14

15

16

17     This matter comes before the Court *sua sponte* on a Notice of Appearance

18 purportedly filed on behalf of defendant Maintenance Man Unlimited, Inc.  (Dkt. #3).

19 The Notice, filed by "Bert Seeley," does not comply with the requirement set forth in

20 General Rule 2(g),[1] which provides that a "corporation . . . is required by law to be

21 represented by an attorney . . . ."  There is no indication that Mr. Seeley is an attorney.

22 His Notice of Appearance does not contain a bar number, and he is not listed as an

23 ─────────────
       [1] Even if the notice had been filed by an attorney, it would still violate Local Rule
24 10 because it does not include a bottom notation with contact information.  Local Rule
   10(e)(3).
25

26 ORDER STRIKING NOTICE
   OF APPEARANCE - 1

attorney on the website of the Washington State Bar Association. Defendant is reminded that it is required to be represented by counsel. Documents filed on its behalf by a non-attorney may not be accepted or considered.

Accordingly, defendant's Notice of Appearance is STRICKEN.

DATED this 22nd day of March, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE
OF APPEARANCE - 2